**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1212**

JEROME WANT,

Plaintiff - Appellant,

v.

SHINDLE PROPERTIES, LLC; MICHELLE MILLER-THORPE, Prop Manager,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paul W. Grimm, District Judge.  (1:18-cv-02833-PWG)

Submitted:  July 21, 2020                                   Decided:  July 23, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Want, Appellant Pro Se.  Matthew Steven Tidball, GODWINTIROCCHI, LLC, Ellicott City, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Want appeals the district court's order dismissing his complaint with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Want v. Shindle Props., LLC*, No. 1:18-cv-02833-PWG (D. Md. Jan. 23, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*